Harry JACKSON, Plaintiff–Appellant

v.

Janet NAPOLITANO, Secretary, Department of Homeland Security, Defendant–Appellee.

No. 13–31027.

United States Court of Appeals, Fifth Circuit.

Sept. 18, 2014.

Dan Michael Scheuermann, Esq., Law Offices of Dan M. Scheuermann, Baton Rouge, LA, for Plaintiff–Appellant.

Catherine M. Maraist, Assistant U.S. Attorney, Helina S. Dayries, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Defendant–Appellee.

Before KING, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: [*]

This is an appeal of the district court's denial of Harry Jackson's motion for recusal and grant of summary judgment to the Department of Homeland Security in an action for wrongful termination on the basis of racial discrimination and retaliation. This court has considered the appeal on the basis of the briefs, the record, and oral

argument. Having done so, we affirm, essentially for the reasons stated by the district court.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under